# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 879 MAL 2014
:
          Respondent       :
                       : Petition for Allowance of Appeal from the
                       : Order of the Superior Court
        v.              :
:
:
:
RICHARD LEHMAN,       :
:
          Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.